# FILED

08/12/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0217

## IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 21-0217

_____

JULIE KOSTELECKY, an individual, on behalf of herself and her minor child S.M.K.; and JASON KOSTELECKY, an individual, on behalf of himself and his minor child S.M.K.,

     Plaintiffs and Appellants,

        v.

PEAS IN A POD LLC; LACEY ALLEN; ERICA WILLIAMS; JANE AND JOHN DOES 1-10,

     Defendants and Appellees.

_____

### GRANT OF SECOND EXTENSION

_____


Upon consideration of Appellants' second unopposed motion for extension of time, and good cause appearing therefrom,

IT IS HEREBY ORDERED that Appellants are granted an extension of time to and including September 3, 2021, within which to prepare, file, and serve their opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 12 2021